IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WINDISH,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>3M COMPANY,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br>NO. 23-1531 |

**O R D E R**

**AND NOW**, this 12th day of April, 2024, upon consideration of Defendant 3M Company's ("3M") Motion for Sanctions (ECF No. 22), Plaintiff Amy Windish's Response in Opposition thereto (ECF No. 23), and 3M's Reply in Support (ECF No. 24), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **TERMINATE** this matter and mark it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**